United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 11, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-21288

_____

In re: MCKENZIE ENERGY CORP

                              Debtor

-----------------------

EUROGAS INC

                              Appellant

        v.

W STEVE SMITH, Chapter 7 Trustee

                              Appellee

_____

Appeal from the United States District Court
for the Southern District of Texas
No. H-02-CV-239
_____

Before KING, Chief Judge, and HIGGINBOTHAM and STEWART, Circuit
Judges.

PER CURIAM:[*]

        Affirmed for the reasons given by the district court in its

opinion and order entered on September 25, 2002.

        AFFIRMED.

---

        [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.